# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR D. HOOVER, | Case No.: 2:22-cv-00882-APG-VCF |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| US COURTS, | |
| Defendant | |

On October 25, 2022, plaintiff Arthur Hoover was advised by the court that this action would be dismissed without prejudice unless on or before November 24, 2022, Hoover either filed proper proof of service or showed good cause why such service was not timely made. Hoover has failed to do so.

I THEREFORE ORDER that this action is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 29th day of November, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE